FILED

05/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0574

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

IN RE THE PARENTING OF L.M.A.R. and N.R.R.:

JESSE B. REHBEIN,

              Petitioner and Appellant,

-and-

DANIELLE C. BUCK,

              Respondent and Appellant,

ANNETTE REHBEIN and DOUG REHBEIN,

              Intervenors/Third-Party Appellees

Cause Nos.: DA 23-0574

**<u>ORDER AMENDING CASE CAPTION</u>**

Upon consideration of Appellants' *Unopposed Motion to Amend Case Caption*, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the case caption in this matter is amended. The amended case caption (which reflects Appellant Jesse B. Rehbein's correct middle initial) appears above.

PLEADING TITLE - 1

**ELECTRONICALLY SIGNED AND DATED BELOW.**

cc: Kevin S. Brown
    Mary Kate Moss
    Emily von Jentzen

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 16 2024